# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KELLY M. SWANSON  
4217 CLEARVIEW  
MCHENRY, IL 60050

SSN-xxx-xx-6240

Case Number: 07-72461

Case filed on: 10/11/2007  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $622.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 3,774.00 | 3,774.00 | 570.37 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 570.37 | 0.00 |
| 999 | KELLY M. SWANSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | EVERHOME MORTGAGE | 33,581.82 | 0.00 | 0.00 | 0.00 |
| 003 | WASHINGTON MUTUAL BANK | 12,099.22 | 12,099.22 | 0.00 | 0.00 |
| 019 | EVERHOME MORTGAGE | 33,381.82 | 0.00 | 0.00 | 0.00 |
| 020 | EVERHOME MORTGAGE | 200.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 79,262.86 | 12,099.22 | 0.00 | 0.00 |
| 001 | CODILIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN GENERAL FINANCE | 1,378.33 | 1,378.33 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 930.10 | 930.10 | 0.00 | 0.00 |
| 006 | COMED CO | 1,237.20 | 1,237.20 | 0.00 | 0.00 |
| 007 | DFS SERVICES LLC | 3,434.43 | 3,434.43 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 461.70 | 461.70 | 0.00 | 0.00 |
| 009 | JEFF KUNISH | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | B-REAL LLC | 13,578.67 | 13,578.67 | 0.00 | 0.00 |
| 011 | LANGFELD, CZAPLA & ASSOC., DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NEXTEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROBERT E. BURKE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SOUTHWEST CREDIT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | TARGET NATIONAL BANK | 1,356.80 | 1,356.80 | 0.00 | 0.00 |
| 017 | WILLIAM BAEHNE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SPRINT | 476.85 | 476.85 | 0.00 | 0.00 |
|  | Total Unsecured | 22,854.08 | 22,854.08 | 0.00 | 0.00 |
|  | Grand Total: | 105,890.94 | 38,727.30 | 570.37 | 0.00 |

Total Paid Claimant: $570.37  
Trustee Allowance: $51.63  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 07/30/2008          By /s/Heather M. Fagan